UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In Re:

Michael Algerio,

Debtor.
----------------------------------------------------------------x

Case No 26-73329

Chapter 7

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of SELENE FINANCE, LP (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Michael Carey, Esq.**
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004

Dated: September 1, 2026
Westbury, NY

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Phone: (516) 280-7675
Fax: (516) 280-7674

By: /s/ Michael Carey
Michael Carey, Esquire

26-450816 - MiC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In Re:

| | |
|---|---|
| Michael Algerio, | Case No 26-73329 |
| Debtor. | Chapter 7 |

----------------------------------------------------------------x

**CERTIFICATION OF SERVICE**

**I HEREBY CERTIFY** that on September 1, 2026, I caused the foregoing Notice of Appearance and Request for Service to be electronically filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

F.J. ROMANO & ASSOCIATES, PC
51 EAST MAIN STREET
SMITHTOWN, NY 11787

MICHAEL ALGERIO
9 MAYBECK DRIVE
EAST SETAUKET, NY 11733

KENNETH P SILVERMAN
RIMON P. C., KENNETH SILVERMAN
CHAPTER 7 TRUSTEE
100 JERICHO QUADRANGLE, #300
JERICHO, NY 11753

UNITED STATES TRUSTEE
LONG ISLAND FEDERAL COURTHOUSE
560 FEDERAL PLAZA - ROOM 560
CENTRAL ISLIP, NY 11722

Dated: September 1, 2026
Westbury, NY

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Phone: (516) 280-7675
Fax: (516) 280-7674

By: /s/ Michael Carey
Michael Carey, Esquire